# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: HULU PRIVACY LITIGATION <br><br> JOSEPH GARVEY; et al. <br> _____ <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> HULU, LLC, <br><br> Defendant-Appellee. | No. 15-15774 <br> D.C. No. 3:11-cv-03764-LB <br> Northern District of California <br> San Francisco <br><br> **STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal with prejudice.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: October 23, 2015          KAMBERLAW, LLC

By:   /s/Scott A. Kamber
          Scott A. Kamber
Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com

| | |
|---|---|
| KAMBERLAW, LLC<br>100 Wall Street, 23rd Floor<br>New York, New York 10005<br>Telephone:(212) 920-3072<br>Facsimile:(212) 202-6364 | Deborah Kravitz (SBN 275661)<br>dkravitz@kamberlaw.com<br>KAMBERLAW, LLP<br>141 North St.<br>Healdsburg, California 95448<br>Telephone: (707) 820-4247<br>Facsimile: (212) 202-6364 |
| David C. Parisi (SBN 162248)<br>dcparisi@parisihavens.com<br>Suzanne Havens Beckman<br>shavens@parisihavens.com<br>PARISI & HAVENS LLP<br>212 Marine Street, Suite 100<br>Santa Monica, California 90405<br>Telephone:(818) 990-1299<br>Facsimile:(818) 501-7852 | Brian R. Strange (SBN 103252)<br>LACounsel@earthlink.net<br>STRANGE & BUTLER<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA 90025<br>Telephone: (310) 207-5055<br>Facsimile: (310) 826-3210 |

Attorneys for Plaintiffs-Appellants


Dated: October 23, 2015          IRELL & MANELLA LLP


By:   /s/Robert Schwartz
Robert Schwartz
rschwartz@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067-4276

Attorneys for Defendant-Appellee
Hulu LLC